of Appeals for the Second Circuit denied. *Mr. W. W. Easterday* for petitioners. *Solicitor General Thacher, and Messrs. Paul D. Miller* and *Wm. H. Riley, Jr.,* for the United States.

No. 942. FERGUSON, COLLECTOR OF INTERNAL REVENUE *v.* NELSON. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Thacher* for petitioner. *Mr. William P. Chapman, Jr.,* for respondent.

No. 943. LAWRENCE *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edwin W. Sims, Franklin J. Stransky,* and *Cassius Poust* for petitioner. *Solicitor General Thacher,* and *Messrs. Paul D. Miller, Erwin N. Griswold,* and *Hugh A. Fisher* for the United States.

No. 944. GREATER CITY SURETY & INDEMNITY CORP. ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis B. Boudin* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 951. FOURNIER *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. Warner Parker* for petitioner. *Solicitor General Thacher,* and